UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAROLETTE WARD, | Case: No. 1:11-cv-01567-GBC (PC) |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S COMPLAINT FOR LACK OF SIGNATURE AND DIRECTING PLAINTIFF TO RESUBMIT COMPLAINT |
| v. | |
| YOUNGBLOOD, | |
| Defendant. | THIRTY DAY DEADLINE |

**ORDER**

Charolette Ward ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On September 13, 2011, Plaintiff filed her original complaint.  (ECF No. 1.)  Plaintiff failed to sign her original complaint.  Every pleading, written motion, and any other papers submitted to the Court must be signed. Local Rule 131; Fed. R. Civ. P. 11(a).  Based on the foregoing, the Court HEREBY ORDERS:

1. Plaintiff's Complaint, filed September 13, 2011, is ordered STRICKEN due to lack of a signature;
2. The Clerk's Office shall send Plaintiff a civil rights complaint form;
3. Within thirty (30) days from the date of service of this Order, Plaintiff must file an original complaint curing the deficiencies identified by the Court in this order; and

1

4. If Plaintiff fails to comply with this Order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:    September 21, 2011

_____
UNITED STATES MAGISTRATE JUDGE